UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUN 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:11 - MJ -0237 KJN |
| ) | |
| v. ) | |
| ) | |
| CHRISTINA LEANNE BARRIOS ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:   CHRISTINA LEANNE BARRIOS
Detained at (custodian):   Coffee Creek Correctional Facility

Detainee is:   a.)   (X) charged in this district by: ( ) Indictment ( ) Information (X) Complaint
         charging detainee with: Theft of Stolen US Mail
   or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
   or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a
         sentence is currently being served at the detaining facility

*Appearance is necessary **July 2, 2012** in the Eastern District of California.*

       Signature:   /s/ Michelle Rodriguez
       Printed Name & Phone No:   Michelle Rodriguez (916) 554-2773
       Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      ( ) Ad Testificandum

   The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *July 2, 2012*, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 6/14/12

                 _____
                 United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Gender: Female |
| Booking or CDC #: | 19072106 | DOB: 09/22/1983 |
| Facility Address: | 24499 Grahams Ferry Road. | Race: White |
| | Wilsonville, OR 97070 | FBI #: |
| Facility Phone: | (503) 570-6400 | |
| Currently Incarcerated For: | Theft of Stolen US Mail | |

### RETURN OF SERVICE

Executed on _____      By: _____
                      (Signature)